VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONDREA BURNS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>　　　　　Defendants. | Case No.:　　2:17-cv-00030 RFB-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| KARA CRAWLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>　　　　　Defendant. | Case No..:　　2:16-cv-02626 JAD-CWH<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| EUGENE GOLDSMITH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>　　　　　Defendant. | Case No..:　　2:16-cv-02066-GMN-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 17)** |

| | |
|---|---|
| MARCUS LOVETTE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>　　　　　　Defendants. | Case No..:　　　2:16-cv-02630 JAD-VCF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| BELINDA McCORMICK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC. aka AARGON COLLECTION AGENCY, and ARMAND FRIED, ESQ.<br><br>　　　　　　Defendants. | Case No..:　　　2:17-cv-00080-GMN-GWF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| JONATHAN MURILLO-ROJANO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, ESQ.<br><br>　　　　　　Defendants. | Case No..:　　　2:17-cv-00031-MMD-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 11)** |
| CLAUDIA PRIETO-FIERRO<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>　　　　　　Defendants. | Case No..:　　　2:17-cv-00017-JCM-GWF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 10)** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE

| | |
|---|---|
| ESTHER RODRIGUEZ, | Case No..:     2:16-cv-02627 RFB-NJK |
| Plaintiff, | |
| v. | **PLAINTIFFS' *OMNIBUS* STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| AARGON COLLECTION AGENCY, aka AARGON AGENCY, INC.; and ARMAND FRIED, ESQ. | |
| Defendants. | |
| JOSEPHINE TIENDA, | Case No..:     2:16-cv-02930 JCM-NJK |
| Plaintiff, | |
| v. | **PLAINTIFFS' *OMNIBUS* STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, | |
| Defendant. | |
| JOSHAWNA WHITE, | Case No..:     2:16-cv-02750 APG-NJK |
| Plaintiff, | |
| v. | **PLAINTIFFS' *OMNIBUS* STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 14)** |
| AARGON COLLECTION AGENCY, aka AARGON AGENCY, INC.; and ARMAND FRIED, ESQ. | |
| Defendants. | |
| TEODORO ZAPEDA, | Case No..:     2:16-cv-02072 JAD-GWF |
| Plaintiff, | |
| v. | **PLAINTIFFS' *OMNIBUS* STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, | |
| Defendant. | |

All parties hereby stipulate and request that the court enter an order extending Plaintiffs' time to file a responsive pleading to Defendants' MOTIONS TO CONSOLIDATE in the above-captioned matters from February 15, to February 22, 2017.  Good cause exists for this request:

1   Plaintiffs' counsel has filed 11 different lawsuits against the Defendants in this district over
2   the past several months, and Defendants have filed a Motion to Consolidate these lawsuits pursuant
3   to Federal Rule of Civil Procedure 42.

4   The extension is requested by the Plaintiffs to allow their counsel sufficient time to review
5   the Defendants' Motions to Consolidate and gather the necessary information to prepare a response
6   on Plaintiffs' behalf.

7   In addition, new counsel for the the Defendants has appeared.  The parties are now discussing
8   alternatives and hope to stipulate to some form of consolidation and/or relation of the case.

9   This stipulation is not made for purposes of delay.

10  IT IS SO STIPULATED.

11  DATED this 14th day of February, 2017

| | |
|---|---|
| **THE LAW OFFICE OF VERNON NELSON** | **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** |
| By:    /s/   Vernon Nelson    <br> VERNON NELSON, ESQ. <br> Nevada Bar No.: 6434 <br> 9480 S. Eastern Avenue, Suite 244 <br> Las Vegas, NV   89123 <br> Tel:  702-476-2500 <br> Fax:  702-476-2788 <br> E-Mail:  vnelson@nelsonlawfirmlv.com <br> *Attorney for Plaintiffs* | By:  /s/      James K. Schultz    <br> James K. Schultz, Esq. <br> Nevada Bar No.:  10219 <br> 1545 Hotel Circle South, Suite 150 <br> San Diego, CA  92108-3426 <br> Tel:  619-2962018 <br> Fax:  619-296-2013 <br> Email:  jschultz@sessions.legal <br> and <br> **LINCOLN GUSTAFSON & CERCOS, LLP** <br><br> By:  /s/       Shannon G. Splaine    <br> Shannon G. Splaine, Esq. <br> Nevada Bar No. 8241 <br> 3960 H. Hughes Pkwy, Suite 200 <br> Las Vegas NV 89169 <br> Tel:  702-225-1997 <br> Fax:  702.257-2203 <br> Email:  ssplaine@lgclawoffice.com <br> *Attorneys for Defendants, Aargon Agency, Inc. aka Aargon Collection Agency; Armand Fried* |

DATED this 14th day of February, 2017

| | |
|---|---|
| *Sondrea Burns v. Aargon, et. al.* | 2:17-cv-00030 RFB-NJK |
| *Kara Crawley v. Aargon, et. al.* | 2:16-cv-02626 JAD-CWH |
| *Eugene Goldsmith v. Aargon, et. al.* | 2:16-cv-02066 GMN-NJK |
| *Marcus Lovette v. Aargon, et. al.* | 2:16-cv-02630 HAD0VCF |
| *Belinda McCormick v. Aargon, et. al* | 2:17-cv-00080 GMN-GWF |
| *Jonathan Murillo-Rojano v. Aargon, et. al.* | 2:27-cv-00031 MMD-NJK |
| *Claudia Prieto-Fierro v. Aargon, et. al.* | 2:17-cv-00017 JCM-GWF |
| *Esther Rodriguez v. Aargon, et. al.* | 2:16-cv-02627 RFB-NJK |
| *Josephine Tienda v. Aargon, et. al.* | 2:16-cv-02930 JCM-NJK |
| *Josephine White v. Aargon, et. al.* | 2:16-cv-02750 APG-NJK |
| *Teodoro Zapeda v. Aargon, et. al.* | 2:16-cv-02072 JAD-CWF |

**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS TO CONSOLIDATE**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/16/2017